UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 8:09-cv-2579-T-30MAP

$19,850,123.84,

    Defendant.

## JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court on the United States' Motion for a Judgment of Forfeiture (Doc. 11) for the sum of $19,850,123.84 (Defendant Funds), pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Having been fully advised in the premises, the Court hereby finds as follows:

    1.    The Defendant Funds constitute or are derived from proceeds traceable to a conspiracy to commit a Federal health care fraud offense. Specifically, in *United States v. WellCare Health Plans, Inc.*, Case No. 8:09-cr-203-T-27EAJ, WellCare Health Plans, Inc. (WellCare) was charged with a conspiracy to commit a Federal health care fraud offense in violation of 18 U.S.C. § 1349 by conspiring to defraud the Florida Medicaid program and the Florida Healthy Kids Corporation of approximately $40 million, in violation of 18 U.S.C. § 1347. In

accordance with the terms of the Deferred Prosecution Agreement Between the United States Attorney's Office for the Middle District of Florida, the Florida Attorney General's Office, and WellCare, and its Affiliates and Subsidiaries, in that case, WellCare submitted the Defendant Funds to the United States.

2. The only individual or entity known to have an interest in the Defendant Funds is WellCare. In accordance with the provisions of Supp'l Rule G(4)(b)(i), WellCare received actual notice of this action and was sent a copy of the Complaint for Forfeiture *in Rem*. On December 22, 2009, the United States filed a Consent to Forfeiture which was executed by the Timothy Susanin, Secretary for WellCare, and Gregory W. Kehoe, WellCare's counsel. (Doc. 2).

3. On February 22, 2010, the United States filed a Declaration of Publication, which reflected that notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, from January 23, 2010 through February 21, 2010, as required by Supp'l Rule G(4)(a)(iv)(C). (Doc. 10). The deadline for filing a claim was March 24, 2010.

4. No other persons or entities with any alleged interest in the Defendant Funds have timely filed a claim and the time for filing such a claim has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that the Motion of the United States (Doc. 11) is GRANTED.

It is further ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and Supp'l Rule G, all right, title, and interest in the Defendant Funds is hereby CONDEMNED and FORFEITED to the United States for disposition according to law.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2579.forfeit fj 11.wpd